UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-00010-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **S U P E R S E D I N G** |
| v. ) | **I N D I C T M E N T** |
| ) | |
| FAOZI SALEH ALAYAH ) | |

The Grand Jury charges:

## COUNT ONE

From in or about 2015, to on or about August 17, 2017, in the Eastern District of North Carolina, the defendant, FAOZI SALEH ALAYAH, then being an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT TWO

On or about October 11, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, FAOZI SALEH ALAYAH, did knowingly make a false statement under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, that is, the defendant, FAOZI SALEH ALAYAH, stated falsely under oath in Form I-130A, titled "Supplemental

1

Information for Spouse Beneficiary," that Najeeba Taher Alkoubah was his mother, when in fact, as he then and there knew, Najeeba Taher Alkoubah was not his mother.

All in violation of Title 18, United States Code, Section 1015(a).

[remainder of page intentionally left blank]

## FORFEITURE NOTICE

The defendant, FAOZI SALEH ALAYAH, is given notice of the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), that all of the defendant's interest in all property specified herein is subject to forfeiture. As a result of the foregoing offense alleged in the Superseding Indictment, the defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing commission of the offense, including, but not limited to, a Mossberg .20 gauge shotgun bearing serial number J474232, and any and all related ammunition.

If any of the forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

[remainder of page intentionally left blank]

3

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_7/10/18_
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

4